IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00341-MSK-MJW

MARLONG MUSIC CORPORATION, ET AL.,

Plaintiff(s),

v.

HOWARD'S LITTLE PIT 1, ET AL.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Vacate Scheduling Conference (docket no. 9) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on May 9, 2006, at 9:00 a.m. is VACATED. The parties have settled their case.

It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal with the court on or before May 15, 2006, or show cause why this case should not be dismissed.

Date:  May 3, 2006