IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00341-MSK-MJW

MARLONG MUSIC CORPORATION,
TROUP LONDON MUSIC,
UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.,
CHAPPELL & CO., INC., and
FAMOUS MUSIC CORPORATION,

      Plaintiffs,

v.

HOWARD'S LITTLE PIT 1, INC., and
HOWARD LERMAN SMITH,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed Notice of Dismissal With Prejudice **(#21)**, and being fully advised in the foregoing,

IT IS HEREBY ORDERED:

That this matter is dismissed with prejudice.  The Clerk is instructed to close this file.

Dated this 2nd day of June, 2006.

      **BY THE COURT:**

      *Marcia S. Krieger*
      _____

      Marcia S. Krieger
      United States District Judge